# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Jefferson De Oliveira )
    Petitioner, )
)
v. )
)
Moniz et al )
    Respondents. )
) Civil Action No. **26-cv-10572-MJJ**

## SERVICE ORDER

February 5, 2026

JOUN, D.J.

Jefferson De Oliveira has filed a petition for a writ of habeas corpus seeking his release from custody.

    Upon review of the Petition, the Court hereby orders:

    1.    The Clerk of this Court shall serve a copy of the Petition upon the United States Attorney for the District of Massachusetts.

    2.    Respondents shall, on or before February 10, 2026, answer or respond to the Petition and include any relevant documents, including but not limited to Arrest Warrants, Notice

of Revocations, Notice of Custody Determinations, Orders from Immigration Court, and Orders of Release on Recognizance. Petitioner shall, on or before February 13, 2026, file a reply.

3. To give the Court time to consider the matter, and to ensure adequate access to legal counsel through these proceedings, unless otherwise ordered by the Court, Petitioner shall not be moved outside the District of Massachusetts without providing the Court 48 hours' advance notice of the move and the reason therefor. Any such 48−hour notice period shall commence at the date and time such notice is filed and expire 48 hours later, except "[i]f the period would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(2)(C).

SO ORDERED.

/s/ Myong J. Joun
United States District Judge