# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Jefferson De Oliveira,** )<br>    Plaintiff, )<br>v. )<br> )<br>**Anton Moniz et al.** )<br>    Defendant )<br> ) | **1:26-cv-10572-MJJ** |

## ORDER OF DISMISSAL

February 11, 2026

**Joun, D.J.**

In accordance with the Court's Electronic Order entered at Doc. No. 11, dated February 10, 2026, is hereby **ORDERED** that the above-entitled action be and hereby is dismissed.

February 11, 2026

/s/ Steve K. York
-------------------------
**Deputy Clerk**